GEUM POONG CORPORATION
and Sam Young Synthetics
Co., Ltd., Plaintiffs,

and

Consolidated Textiles, Inc.,
Movant–Appellant,

v.

STEIN FIBERS, LTD.,
Movant–Appellee,

and

Samyang Corporation (now known
as Huvis Corporation),
Movant–Appellee,

v.

United States, Defendant–Appellee,

and

E.I. Dupont De Nemours, Inc., Arteva
Specialities S.a.r.l. (doing business as
KoSa), and Wellman Inc., Defendants–
Appellees.

No. 02–1578.

United States Court of Appeals,
Federal Circuit.

Nov. 18, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

METROPOLITAN LIFE INSURANCE
COMPANY, Plaintiff–Appellee,

v.

Mary T. KUBICHEK, Defendant,

and

Patricia A. Brennan–Kucichek,
Defendant–Appellant.

No. 02–1624.

United States Court of Appeals,
Federal Circuit.

Nov. 18, 2002.

NEWMAN, Circuit Judge.

ORDER

Upon consideration of Patricia A. Bren-
nan–Kubichek's unopposed motion to
transfer this appeal to the United States
Court of Appeals for the Third Circuit,

IT IS ORDERED THAT:

The motion is granted and this appeal is
transferred to the Third Circuit pursuant
to 28 U.S.C. § 1631.